USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund et al.,

                    Plaintiffs,

-against-

Ocean Pacific Interiors Inc. et al.,

                    Defendants.

1:22-cv-09128 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been assigned to me for general pretrial management. (ECF No. 6.) The parties (or, if no defendants have appeared in the case, only the plaintiffs) shall appear for a telephone conference on Tuesday, November 22, 2022 at 11:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            November 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge