USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023

**Littler**

**Littler Mendelson, P.C.**
One Newark Center, 8th Floor
Newark, NJ 07102

Ivan R. Novich
973.848.4705 direct
973.848.4700 main
973.556.1661 fax
inovich@littler.com

January 5, 2023

**FILED ELECTRONICALLY**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

> Request GRANTED. The telephonic initial conference is hereby adjourned to January 20, 2023, at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
> Dated: January 5, 2023
> *Stewart D. Aaron*

Re: **Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Ocean Pacific Interiors Inc. et al.**
<u>Docket No. 1:22-cv-09128-GHW-SDA</u>

Dear Judge Aaron:

My firm represents Defendants Ocean Pacific Interiors Inc. and Oliver Papraniku (collectively "Defendants") in the above referenced matter. Defendants respectfully request that the Court adjourn the initial telephonic status conference scheduled for Tuesday, January 17, 2023 at 11:30 a.m. *See* ECF No. 20.

Defendants request this adjournment because undersigned counsel has a previously scheduled Mediation on Tuesday, January 17, 2023 starting at 10 a.m. The Mediation is expected to last all day and unfortunately conflicts with the scheduled telephonic conference in this action. This is Defendants' first request to adjourn the initial telephonic status conference, and counsel for all parties have provided their consent.

Accordingly, Defendants respectfully request that the Court adjourn the conference to an alternate date and/or time convenient for the Court. If it is convenient for the Court, Defendants propose rescheduling the telephonic status conference for any of the following dates:

- January 18, 2023 (any time except between 10-10:30 a.m. and 2:30-3:30 p.m.);
- January 19, 2023 (any time except between 11 a.m.-12 p.m. and 1-2 p.m.); or
- January 20, 2023 (any time except between 9:30 a.m.-10 a.m.).

Defendants thank the Court for its courtesies in this matter.

littler.com

Hon. Stewart D. Aaron, U.S.M.J.
January 5, 2022
Page 2

                                                  Respectfully submitted,

                                                  */s/ Ivan R. Novich*

                                                  Ivan R. Novich
                                                  NY Bar No. 2886455

cc:    John M. Harras, Esq. (via ECF and e-mail)
        Francis A. Kirk, Esq. (via ECF and e-mail)
        Client (via e-mail)

4872-9660-4231.3 / 068154-1009