UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund et al.,

                Plaintiffs,

-against-

Ocean Pacific Interiors Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2023

1:22-cv-09128 (GHW) (SDA)

**RULE 502(d) ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby ORDERED as follows:

    1.  The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    2.  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated:     New York, New York
               January 20, 2023

                                                 _____
                                                 STEWART D. AARON
                                                 United States Magistrate Judge