USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2023

**VIRGINIA & AMBINDER**
Attorneys

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick, Esq.**
Associate
mmoosnick@vandallp.com

June 29, 2023

**VIA ECF**

Hon. Stewart D. Aaron, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: 6/29/2023

*[signature: Stewart D. Aaron]*

Re:   *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Ocean Pacific Interiors Inc., et al., 22 CV 9128 (GHW)(SDA)*

Dear Magistrate Judge Aaron:

This firm represents Plaintiffs in the above-captioned matter. We write with counsel for the Defendants to request a further one-month stay of this action to allow the time needed to finalize and consummate a written settlement agreement. This is the second such request for a stay of this action.

The parties have reached a settlement in principle, which was approved by the Plaintiffs' Board of Trustees. An extension of the stay in this case through July 31, 2023 will allow the parties the time needed to finalize the written form of the settlement agreement.

We sincerely thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/Maura Moosnick*
Maura Moosnick, Esq.

Cc: All counsel of record (via ECF)